UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Alejandro Montero,

                              Plaintiff,

          -against-

Barbu Gourmet Deli Inc, and Yonni A Cruz

                              Defendants.
-------------------------------------------------------------X

**ORDER ADOPTING
<u>REPORT & RECOMMENDATION</u>**

24-CV-4349 (RER) (JRC)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated March 2, 2026, (ECF No. 22 ("R&R")), Magistrate Judge James R. Cho recommended: (1) granting, in part, plaintiff's motion for a default judgment against defendants Barbu Gourmet Deli Inc. and Yonni A. Cruz, jointly and severally, and entering judgment against the defaulting defendants; (2) awarding plaintiff damages totaling $69,954.64, consisting of $29,977.32 in unpaid overtime compensation, $29,977.32 in liquidated damages, and $10,000 in statutory damages; (3) awarding plaintiff $405 in costs; and (4) awarding plaintiff prejudgment interest at a daily rate of $7.39 from November 22, 2023, through the date judgment is entered, but (5) denying plaintiff's motion to the extent plaintiff seeks damages for unpaid minimum wages. (*Id.*) Judge Cho advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety.

*See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety.

The Clerk of Court is directed to enter judgment in favor of plaintiff and to close this case.

SO ORDERED.


/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: March 27, 2026
        Brooklyn, New York